CHARLES H. BROWER, #1980-0
900 Fort Street, Suite 1210
Honolulu, HI 96813
Telephone: (808) 526-2688
Facsimile: (808) 526-0307
E-Mail: honolululaw808@gmail.com

MICHAEL P. HEALY, #4777-0
1188 Bishop Street, Suite 3304
Honolulu, HI 96813
Telephone: (808) 525-8584
Facsimile: (808) 376-8695
E-mail: honolululawyer@outlook.com

Attorneys for Plaintiff
Marcus Colwin

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MARCUS COLWIN, | ) | CIVIL NO. _____ |
| | ) | |
| Plaintiff, | ) | COMPLAINT; JURY |
| | ) | DEMAND; SUMMONS |
| vs. | ) | |
| | ) | |
| RENTOKILL INITIAL PLC, | ) | |
| RENTOKILL NORTH AMERICA, | ) | |
| INC., RNA RENTOKILL NOV | ) | |
| DIRECT, TERMINIX, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## COMPLAINT

COMES NOW, Plaintiff MARCUS COLWIN, by and through his attorney Charles H. Brower and Michael P. Healy, and for causes of action against Defendant, alleges and avers as follows:

## NATURE OF CASE

1. Plaintiff MARCUS COLWIN (hereinafter "COLWIN") is and was at all times mentioned herein a citizen of the State of Hawaii.

2. Defendants are foreign for profit corporations doing business in the State of Hawaii as Terminix.

3. Plaintiff was hired by Defendants as the Branch Manager for their Maui operations.

4. On June 13, 2024, Plaintiff was terminated by Defendants from employment due to whistleblowing by Plaintiff for making complaints to management about violations of law and rules regarding sales of Defendants pest control products and services.

## JURISDICTION

5. The jurisdiction of this Court is pursuant to 28 U.S.C. § 1332, diversity of citizenship. The amount in controversy exceeds the sum of $75,000.00 exclusive of interest and costs.

## STATEMENT OF FACTS

6. Plaintiff was hired by Defendants as the Branch Manager for their Maui operations.

2

7. Plaintiff, while employed with Defendants, reported violations of rules and laws including, that Defendants were violating Hawaii law by selling pest control treatments and other products and services, without having a certified person confirm the need for the treatments. This was a violation of Hawaii Revised Statutes §149A-11.

8. Plaintiff was terminated on June 13, 2024, in retaliation for making the foregoing reports of violation of law to defendants.

## COUNT I

## HAWAII WHISTLEBLOWER'S PROTECTION ACT

9. Plaintiff repeats and realleges all prior allegations as if fully set forth herein.

10. The termination alleged as aforesaid was in violation of H.R.S. § 378-62 due to Plaintiff's complaints, concerns and reports of violations of rules and laws, for which Plaintiff is entitled to an award of damages to be proven at trial.

11. Plaintiff has suffered, as a direct and proximate result of the aforesaid conduct, damages by way of loss of earnings and earning capacity, loss of fringe and pension benefits, and other benefits due him.

12. As a further direct and proximate result of said unlawful conduct, Plaintiff has suffered the indignity of harassment, the invasion of his right to be free from unlawful employment practices, and great humiliation, which is manifest in emotional distress.

3

13. As a further direct and proximate result of said unlawful employment practices, Plaintiff has suffered mental anguish, outrage, depression, servere anxiety about his future and his ability to support himself, harm to his employability and earning capacity as well as loss of a career advancement opportunity, painful embarrassment among his friends and co-workers, disruption of his personal life, and loss of enjoyment of the ordinary pleasures of everyday life for which he is entitled to an award of general damages.

14. The actions of Defendant and its employees as described above are oppressive, outrageous, and otherwise characterized by aggravating circumstances sufficient to justify the imposition of punitive damages.

WHEREFORE, upon a hearing hereof Plaintiff prays that judgment be entered on all Counts:

A.   For reinstatement to employment with Defendants with full benefits; and

B.   For all damages to which Plaintiff is entitled, including general damages and other damages to be proven at trial; and

C.   For special damages and loss of income; and

D.   For punitive damages; and

E.   For attorney's fees, costs, and interest, including prejudgment interest; and

F.   For such other and further relief as is appropriate.

DATED:  Honolulu, Hawaii, May 13, 2026.


/s/ Charles H. Brower
CHARLES H. BROWER
MICHAEL P. HEALY
Attorneys for Plaintiff
Marcus Colwin

HID 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Hawaii

MARCUS COLWIN,

)
)
)
*Plaintiff*                                                        )
                                                                  )
v.                                                                )   Civil Action No.
RENTOKILL INITIAL PLC, RENTOKILL NORTH               )
AMERICA, INC., RNA RENTOKILL NOV DIRECT, TER         )
                                                                  )
*Defendant*                                                      )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ALL NAMED DEFENDANT(S),

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      CHARLES H. BROWER, #1980-0
900 FORT STREET, SUITE 1210
HONOLULU, HI 96813
TELEPHONE: 808-526-2688
EMAIL: HONOLULULAW808@GMAIL.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                          *Signature of Clerk or Deputy Clerk*