## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MARCUS COLWIN, | ) | CIVIL NO. _____ |
| | ) | |
| Plaintiff, | ) | JURY DEMAND |
| | ) | |
| vs. | ) | |
| | ) | |
| RENTOKILL INITIAL PLC, | ) | |
| RENTOKILL NORTH AMERICA, | ) | |
| INC., RNA RENTOKILL NOV | ) | |
| DIRECT, TERMINIX, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JURY DEMAND

COMES NOW, Plaintiff Marcus Colwin, pursuant to Rule 38 of the Federal

Rules of Civil Procedure, and demands a trial by jury of all issues in this case.

DATED: Honolulu, Hawaii, May 13, 2026.

/s/ Charles H. Brower
CHARLES H. BROWER
MICHAEL P. HEALY
Attorneys for Plaintiff
Marcus Colwin